Dismissed and Memorandum Opinion filed April 9, 2009








Dismissed
and Memorandum Opinion filed April 9, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00059-CR

____________

 

ELMER WILLIAM WARD,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
54th District Court

McLennan County,
Texas

Trial Court Cause No. 2007-1584-C2

 



 

M E M O R A N D U M   O P I N I O N

Appellant
pled guilty to the offense of robbery and was sentenced on December 17, 2007,
to confinement for twenty-five years in the Texas Department of Criminal
Justice, Institutional Division.  Appellant signed a written waiver of appeal
on December 17, 2007.








On
November 24, 2008, appellant filed in the trial court a motion for an
out-of-time appeal and a notice of appeal.  Even if this could be construed to
constitute a revocation of appellant=s previous waiver of the right of
appeal, appellant has not been granted an out-of-time appeal.   

The
clerk=s record shows that the trial court
entered a certification of the defendant=s right to appeal in which the court
certified that the defendant waived the right of appeal.  See Tex. R. App. P. 25.2(a)(2).  The trial
court=s certification is included in the
record on appeal.  See Tex. R.
App. P. 25.2(d).  The record supports the trial court=s certification.  See Dears v.
State, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Panel consists of Justices Anderson, Guzman, and Boyce.

Do Not Publish C Tex. R. App. P.
47.2(b).